IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CR-19-81-C |
| SHAWN MICHAEL THIBEAULT, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Consistent with the provisions of General Order 20-9.1 the Court finds that emergency conditions due to COVID-19 have materially affected and will materially affect the functioning of the federal courts generally. It appears that, because defendant is not in custody, sentencing in this case can be delayed without serious harm to the interests of justice, the public or the Defendant. Accordingly, the date for filing sentencing memoranda is extended and sentencing in this matter is continued for 90 days or until the conditions warranting this delay have changed, whichever is earlier. This stay may also be lifted upon Motion of either party or by the Court's in the event circumstances or action by the Defendant warrants earlier action. Either party may object to this delay by filing an appropriate Motion within 5 days of the date of this Order.

IT IS SO ORDERED this 20th day of April 2020.

ROBIN J. CAUTHRON
United States District Judge